IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jason Michael Taylor, ) | C/A No. 0:14-4855-MGL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| South Carolina Department of Corrections ) *(SCDC)*; Willie L. Eagleton, *Warden, Evans CI*; ) Amy Smith, *HCA Nurse Supervisor Evans CI*; ) Nurse Spivey, *HCA Nurse Supervisor Evans CI*; ) LT. Brown, *Santee Dorm LT. Evans CI*; LT. ) Sanders; LT. Sanderson, *Yard LT. Evans CI*; ) John and Jane Doe, *SCDC Contractors and or* ) *Employees, Evans CI and SCDC not mentioned* ) *or the Parties that are at fault*; SCDC Head ) Dietitian, *Individually and in their official* ) *capacities*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, a state prisoner proceeding *pro se,* filed a Complaint pursuant to 42 U.S.C. § 1983. On February 5, 2015, the court issued an order allowing Plaintiff an opportunity to identify the defendants and to submit the service documents necessary to bring the case into proper form for evaluation and possible service of process. ECF No. 10. The United States Postal Service returned the order to the court as undeliverable mail due to Plaintiff's release from confinement. ECF No. 12.

The court issued a second proper form order to Plaintiff on March 9, 2015 and directed the Clerk of Court to mail the order to an alternate address listed by Plaintiff in his initially submitted pleadings. ECF No. 15. The order warned Plaintiff that failure to provide the necessary information within a specific time period would subject the case to dismissal and apparently reached Plaintiff as it was not returned to the court. However, Plaintiff did not respond to the order and the time for response has lapsed. As Plaintiff has failed to prosecute this case and has failed to comply with an

order of this court, the case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure.  *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

    **IT IS SO ORDERED**.

|  |  |
|---|---|
|  | s/Mary G. Lewis |
| May 20, 2015 | Mary G. Lewis |
| Columbia, South Carolina | United States District Judge |

### NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.