AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Jason Michael Taylor, | |
|---|---|
| *Plaintiff,* | |
| v. | Civil Action No.    0:14-cv-04855-MGL-PJG |
| South Carolina Department of Corrections (SCDC); Willie L. Eagleton, Warden, Evans CI; Amy Smith, HCA Nurse Supervisor Evans CI; Nurse Spivey, HCA Nurse Supervisor Evans CI; LT. Brown, Santee Dorm LT. Evans CI; LT. Sanders; LT. Sanderson, Yard LT. Evans CI; John and Jane Doe, SCDC Contractors and or Employees, Evans CI and SCDC not mentioned or the Parties that are at fault; SCDC Head Dietitian, Individually and in their official capacities, | |
| *Defendants,* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Jason Michael Taylor, shall take nothing of the defendants, South Carolina Department of Corrections, Willie L. Eagleton, Amy Smith, Nurse Spivey, LT. Brown, LT. Sanders, LT. Sanderson, John and Jane Doe, SCDC Head Dietitian, and this action is dismissed without prejudice pursuant to FRCP 41.

This action was *(check one)*:

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary G. Lewis, United States District Judge, presiding.  The Court dismissed the complaint without prejudice for failure prosecute.

Date:   May 20, 2015                                                     *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                      s/G. Mills
                                                                                       _____
                                                                                       *Signature of Clerk or Deputy Clerk*